UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRETT JOSHPE,

                Plaintiffs,

-against-

EQUIFAX INFORMATION SERVICES LLC and
EQUIFAX INC.,

                Defendants.

**ORDER**

19 Civ. 3146 (ER)

RAMOS, D.J.:

      On June 10, 2019, the instant action was stayed pending the JPML'S decision whether to include it in MDL No. 2800.  Doc. 24.  Subsequently, on August 8, 2019, the action was transferred out to the Northern District of Georgia.  Doc. 25.  On August 26, 2022, the action was transferred back to the Southern District of New York. Doc. 26.  Accordingly, the Clerk of Court is respectfully directed to lift the stay in this action.

      A status conference is scheduled for October 11, 2022 at 4;00 p.m. by telephone.  The parties are instructed to call (877) 411-9748 and enter access code 3029857# when prompted.

      It is SO ORDERED.

Dated:    September 21, 2022
             New York, New York

                                              Edgardo Ramos, U.S.D.J.