**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BRETT JOSHPE,<br><br>                       Plaintiff,<br><br>    -against-<br><br>EQUIFAX INC., and EQUIFAX INFORMATION<br>SERVICES, LLC,<br><br>                       Defendants. | Civil Action No.: 1:19-cv-03146-ER |

**ORDER REFERRING PARTIES TO MEDIATION PROGRAM AND STAYING CASE PROCEEDINGS PENDING MEDIATION**

The Court has considered the parties' joint letter requesting referral to this Court's Mediation Program and for a stay of proceedings pending completion of the contemplated mediation. For good cause, the request is granted. The Court will refer this case to the Mediation Program for assignment of a mediator, and the Court further orders that this case is STAYED pending completion of the parties' mediation. The parties shall notify the Court of the outcome of the contemplated mediation within **2** days of its conclusion, and should the case not resolve in a settlement, the parties shall also submit a proposed amended schedule for all remaining case

deadlines.

SO ORDERED, this 6th day of March, 2023.

_____
Hon. Edgardo Ramos
UNITED STATES DISTRICT JUDGE